IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| JOEY D. RHULE | ) | |
| | ) | |
| v. | ) | NO. 3:21-0067 |
| | ) | Crenshaw/Holmes |
| PICKETT COUNTY SHERIFF'S OFFICE | ) | |
| AND JUSTICE CENTER, et al | ) | |

**O R D E R**

Due to the difficulty in securing substitute counsel for Plaintiff, the case management conference scheduled for September 14, 2022, is CANCELLED. By later order, the Court will either reset the case management conference or take other action to move this case forward.

It is SO ORDERED.

_____
BARBARA D. HOLMES
United States Magistrate Judge